# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| **GEORGE KENNETH SCHOPP,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Civil No. 4:18-cv-160-ALM-KPJ |
| § | |
| **GREEN NRG GROUP, INC., and REO** § | |
| **MARKETING USA, INC.,** § | |
| § | |
| **Defendants.** § | |

## ORDER OF PARTIAL DISMISSAL

Pending before the Court is Plaintiff George Kenneth Schopp's ("Plaintiff") Notice of Dismissal Without Prejudice (the "Notice") (Dkt. 30), wherein Plaintiff dismisses without prejudice all claims against Defendant REO Marketing USA, Inc. ("REO") in this matter.

Federal Rule of Civil Procedure 41(a)(1) provides that a plaintiff may voluntarily dismiss an action without court order in one of two ways: (1) a plaintiff may dismiss an action under Rule 41(a)(1)(A)(i) by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." FED. R. CIV. P. 41(a)(1); or (2) a plaintiff may dismiss an action under Rule 41(a)(1)(A)(ii) by filing "a stipulation of dismissal signed by all parties who have appeared." *Id*. As such, formal court action is not necessary in this case. However, the Court finds that in the interest of efficiency, justice, and maintaining the clarity of the record, an entry of order of dismissal is appropriate.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against REO be **DISMISSED WITHOUT PREJUDICE**.

Plaintiff's claims against the remaining defendants are unaffected by this Order.

**SIGNED this 20th day of December, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE