# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **GEORGE KENNETH SCHOPP,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | |
| | § | **CIVIL ACTION NO. 4:18-CV-160** |
| **GREEN NRG GROUP, INC.,** | § § | **JUDGE MAZZANT/JUDGE JOHNSON** |
| **Defendant.** | § § § | |

### **ORDER OF DISMISSAL**

Pending before the Court is Plaintiff George Kenneth Schopp ("Plaintiff") and Defendant Green NRG Group, Inc.'s ("Defendant") Joint Stipulation of Dismissal Without Prejudice (the "Stipulation") (Dkt. #43). In the Stipulation, Plaintiff requests dismissal of all its claims against Defendant without prejudice, with each party bearing its own costs, attorneys' fees, and expenses. *See* Dkt. #43.

Federal Rule of Civil Procedure 41(a)(1) provides that a plaintiff may voluntarily dismiss an action without court order in one of two ways: (1) a plaintiff may dismiss an action under Rule 41(a)(1)(A)(i) by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." FED. R. CIV. P. 41(a)(1); or (2) a plaintiff may dismiss an action under Rule 41(a)(1)(A)(ii) by filing "a stipulation of dismissal signed by all parties who have appeared." *Id.* As such, formal court action is not necessary in this case. However, the Court finds that in the interest of efficiency, justice, and maintaining the clarity of the record, an entry of order of dismissal is appropriate.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that this entire action, and all of the claims asserted therein, be **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own costs and fees.

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

**SIGNED this 24th day of September, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE